```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOSUE SANCHEZ,

                Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

25-cv-1314 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to 28 U.S.C. § 1447, the time for the plaintiff to move to remand the case on the basis of any defect other than lack of subject matter jurisdiction was **March 17, 2025**. To date, no motions to remand have been filed.

The time to answer or otherwise respond to the complaint pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure has passed. To date, the defendants have not answered or otherwise responded to the complaint. The time for the defendants to answer or otherwise respond to the complaint is extended to **March 28, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

**SO ORDERED.**

Dated:    New York, New York
            March 19, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge